

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2021

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Sq.
Room 240
New York, NY 10007

          **Re:** *United States* v. *The Tanker Vessel known as the "Courageous,"*
              *Bearing International Maritime Organization Number 8617524*
              21 Civ. 3636 (VEC)

Dear Judge Caproni:

      The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture as no claims or answers have been filed or made in this action, no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired.

      On April 23, 2021, the United States commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C), and 981(a)(1)(I), as property constituting or derived from proceeds traceable to violations of the International Emergency Economic Powers Act ("IEEPA"), codified at 50 U.S.C. § 1701 *et seq.*, relating to the Democratic People's Republic of Korea, among other things. (Dkt. 1). Pursuant to Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, a notice of forfeiture was publicly posted online and mailed to all parties known to have a potential ownership interest in the vessel, notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days. That period of time expired on July 12, 2021.

The Court's June 8, 2021 order, Dkt. 6, directed the Government to move for a default judgment in accordance with the Court's Individual Rules. The Government respectfully submits that a default judgment under Federal Rule of Civil Procedure 55 is inapplicable to this *in rem* proceeding in which there are no opposing parties, and that direct entry of a Judgment of Forfeiture pursuant to Rule G is the appropriate procedure in these circumstances. In particular, there are no opposing parties who have defaulted and upon whom an Order to Show Cause would be served, and the notification procedures required by Rule G have already been complied with, and the statutory period to file a claim has expired.

Accordingly, the Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  *Kimberly J. Ravener*
Kimberly Ravener
Assistant United States Attorney
Tel.: (212) 637-2358