UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

        -v.-

THE TANKER VESSEL KNOWN AS THE
"COURAGEOUS," BEARING INTERNATIONAL
MARITIME ORGANIZATION NUMBER 8617524,

        Defendant-*in-rem*.

DECLARATION OF
ASSISTANT UNITED STATES
ATTORNEY
KIMBERLY RAVENER

21 Civ. 3636 (VEC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK        )
COUNTY OF NEW YORK    : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

        KIMBERLY RAVENER, under penalty of perjury, declares:

        1.    I am an Assistant United States Attorney in the Office of Audrey Strauss, United States Attorney for the Southern District of New York, attorney for plaintiff herein. I have responsibility for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this case. This Declaration is submitted in support of the Government's application for a Final Judgment of Forfeiture with respect to the above-captioned Defendant-*in-rem*.

        2.    On April 23, 2021, the United States commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 981(a)(1)(I).

3. Beginning on May 13, 2021, and continuing through June 11, 2021, the Government published notice of the Verified Complaint for Forfeiture against the Defendant-*in-rem* (the "Notice") on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, and proof of such publication was filed with the Clerk of this Court on July 29, 2021 (D.E. 7).

4. As set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site.

5. On or about April 27, 2021, the Government sent direct notice of the Verified Complaint by Federal Express to the following:

> SWANSEAS PORT SERVICES PTE, LTD.
> 60 PAYA LEBAR ROAD
> 11 – 03, PAYA LEBAR SQUARE
> 409051 SINGAPORE
>
> SWANSEAS MARITIME SERVICES S.A.
> 24 Raffles Place
> #10-05 Clifford Centre
> Singapore 048621
>
> SWANSEAS MARITIME SERVICES S.A.
> 60 Paya Lebar Road
> #09-36/37/38 Payar Lebar Square
> Singapore 409051
>
> New Eastern Shipping Co. Ltd.
> No. 99
> Ziqiang S. Road
> Guishan District
> Taoyuen City 333, Taiwan

    New Eastern Shipping Co. Ltd.
    Unit 1, 10 floor
    77 Xinpu 6th Street
    Taoyuan Dist.
    Taoyuan City, Taiwan

    New Eastern Shipping Co. Ltd.
    10 Anson Road
    #17-00 International Plaza
    Singapore 079903
    Tel: +65 6678-7628/7627

    Kwek Kee Seng
    BLK 637 CHOA CHU KANG NORTH 6 #04-243
    Singapore, 68037

    Courage Maritime S.A.
    18th Floor, 148 Electric Road
    North Point
    Hong Kong
    Tel: +852-5384-6318

    Courage Maritime S.A.
    60 Paya Lebar Road
    #09-36/37/38 Payar Lebar Square
    Singapore 409051

(the "First Noticed Parties").

    6.    On or about May 25, 2021, the Government sent direct notice of the Verified Complaint by Federal Express to the following:

    Courage Maritime S.A.
    18th Floor, 148 Electric Road
    North Point
    Hong Kong
    Tel: +852-5384-6318

    New Eastern Shipping Co. Ltd.
    No. 99
    Ziqiang S. Road
    Guishan District

      Taoyuen City 333, Taiwan

      New Eastern Shipping Co. Ltd.
      10 Anson Road
      #17-00 International Plaza
      Singapore 079903
      Tel: +65 6678-7628/7627

(the "Second Noticed Parties").

    7.     The First Noticed Parties and the Second Noticed Parties are the only individuals and/or entities known by the United States to have a potential interest in the Defendant-*in-rem*.

    8.     No claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired.

    9.     Accordingly, the Government respectfully requests that the Court enter the proposed Judgment of Forfeiture attached hereto as <u>Exhibit A</u>.

    10.     There has been no prior application for the relief sought herein.

I declare the foregoing to be true and correct pursuant to Title 28, United States Code, Section 1746.

Dated:   New York, New York
          July 29, 2021

                                          */s/ Kimberly J. Ravener*
                                          KIMBERLY RAVENER
                                          Assistant United States Attorney