# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

           Plaintiff,

      -v.-

THE TANKER VESSEL KNOWN AS THE
"COURAGEOUS," BEARING INTERNATIONAL
MARITIME ORGANIZATION NUMBER 8617524,

           Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT OF FORFEITURE

21 Civ. 3636 (VEC)

WHEREAS, on or about April 23, 2021, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A), 981(a)(1)(C) and 981(a)(1)(I);

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* (the "Notice") was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 13, 2021, through June 11, 2021, and proof of such publication was filed with the Clerk of this Court on July 29, 2021 (D.E. 7);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first

1

day of publication of the Notice on the official government internet site;

WHEREAS, on or about April 27, 2021, the Government sent direct notice of the

Verified Complaint by Federal Express to the following:

SWANSEAS PORT SERVICES PTE, LTD.
60 PAYA LEBAR ROAD
11 – 03, PAYA LEBAR SQUARE
409051 SINGAPORE

SWANSEAS MARITIME SERVICES S.A.
24 Raffles Place
#10-05 Clifford Centre
Singapore 048621

SWANSEAS MARITIME SERVICES S.A.
60 Paya Lebar Road
#09-36/37/38 Payar Lebar Square
Singapore 409051

New Eastern Shipping Co. Ltd.
No. 99
Ziqiang S. Road
Guishan District
Taoyuen City 333, Taiwan

New Eastern Shipping Co. Ltd.
Unit 1, 10 floor
77 Xinpu 6th Street
Taoyuan Dist.
Taoyuan City, Taiwan

New Eastern Shipping Co. Ltd.
10 Anson Road
#17-00 International Plaza
Singapore 079903
Tel: +65 6678-7628/7627

Kwek Kee Seng
BLK 637 CHOA CHU KANG NORTH 6 #04-243
Singapore, 68037

Courage Maritime S.A.

2

    18th Floor, 148 Electric Road
    North Point
    Hong Kong
    Tel: +852-5384-6318

    Courage Maritime S.A.
    60 Paya Lebar Road
    #09-36/37/38 Payar Lebar Square
    Singapore 409051

(the "First Noticed Parties");

  WHEREAS, on or about May 25, 2021, the Government sent direct notice of the Verified Complaint by Federal Express to the following:

    Courage Maritime S.A.
    18th Floor, 148 Electric Road
    North Point
    Hong Kong
    Tel: +852-5384-6318

    New Eastern Shipping Co. Ltd.
    No. 99
    Ziqiang S. Road
    Guishan District
    Taoyuen City 333, Taiwan

    New Eastern Shipping Co. Ltd.
    10 Anson Road
    #17-00 International Plaza
    Singapore 079903
    Tel: +65 6678-7628/7627

(the "Second Noticed Parties");

  WHEREAS, the First Noticed Parties and the Second Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem;* and

WHEREAS, no claims or answers have been filed or made in this action and no parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated: New York, New York
_____, 2021

SO ORDERED:

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE